JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ADOLFO ACEVADO ALZATE,<br><br>            Petitioner,<br><br>    v.<br><br>FRANCISCO J. QUINTANA,<br><br>            Respondent. | Case No. EDCV 23-01533-KK (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED:  January 25, 2024

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE